UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 22-81847-CV-MIDDLEBROOKS

ALFRED MCZEAL, JR.
and VERONICA WATERS,

      Plaintiffs,

v.

WILMINGTON SAVING FUND
SOCIETY FSB; CJJFN, LLC; NELSY
GRAJALES; LAW OFFICES OF
MANDEL, MANGANELLI & LEIDER;
and CHRISTIAN SAVIO;

      Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court on a *sua sponte*. On November 28, 2022, Plaintiffs filed a Complaint initiating this case. (DE 1). On December 9, 2022, I entered an Order Instructing Plaintiffs to Pay the Filing Fee. (DE 3). Absent an IFP motion (there is none), Plaintiffs must pay a filing fee of $402.00 for Opening a Civil Action. *See* 28 U.S.C. §1913, 1914 and 1917 (fee schedule). To date, Plaintiffs have failed to pay the appropriate filing fee. In my December 9 Order, I cautioned Plaintiffs that failure to timely pay the filing fee could result in dismissal without prejudice.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of December, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE


Cc: Counsel of Record

    Alfred McZeal, Jr.
    Veronica Waters
    PO Box 20031
    West Palm Beach, FL 33416
    PRO SE